Edna G. Marsh, Appellee, v. John M. Chesney, and William Lord Hodes, Defendants.
Appeal of William Lord Hodes, Appellant.

Gen. No. 46,836. 

First District, Second Division.

September 25, 1956.

Released for publication November 27, 1956.

John J. Maciejewski, for William L. Hodes, defendant-appellant; Charles D. Snewind, of counsel; James A. Dooley, for appellee. Opinion by JUDGE McCORMICK. Not to be published in full.